```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JESSICA WROBLESKI,                                         :
                                                           :
                                   Plaintiff,              :
                                                           :          18-CV-8208 (VSB)
                  - against -                              :
                                                           :          **ORDER OF SERVICE**
CITY OF NEW YORK, et al.,                                  :
                                                           :
                                   Defendants.             :
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

  Plaintiff is proceeding pro se and in forma pauperis. On November 27, 2019, I issued an Order of Service as to Little Flower Children & Family Services ("Little Flower"), Barbara Simon ("Simon"), Sheila Johnson ("Johnson"), David Usdan, and the City of New York. (Doc. 26.) However, the United States Marshals Service was unable to serve Defendants Barbara Simon and Sheila Johnson at the addresses provided by Plaintiff. (*See* Docs. 34–35.) On January 24, 2020, Attorney Annemarie Susan Jones filed a notice of appearance on behalf of Little Flower and Simon. (Doc. 36.) On February 25, 2020, Attorney Elizabeth Katumbi Kimundi filed a notice of substitution, executed by both herself and Ms. Jones, and a notice of appearance on behalf of Little Flower and Simon. (Docs. 43–44.) On March 2, 2020, Attorney Kimundi filed a notice of appearance on behalf of Sheila Johnson. (Doc. 45.) An order granting the substitution of attorney will be entered concurrently with this Order. Accordingly, it is hereby:

  ORDERED that by March 13, 2020, Ms. Kimundi shall submit a letter informing me whether Defendants Simon and Johnson agree to waive service of the summons and complaint.

If they do not agree to waive service, Ms. Kimundi shall include in that letter the correct address of service for both Ms. Simon and Ms. Johnson.

SO ORDERED.

Dated: March 6, 2020
      New York, New York

Vernon S. Broderick
United States District Judge