RECEIVED
SDNY PRO SE OFFICE
2020 MAR 19 PM 3: 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Jessica Wrobleski, Plaintiff

  -against-

Sheila Johnson, David Usdan, Barbara Simon, City Of New York, Little Flower CFS,    Respondents

---

**Motion for Time Extension**



Re: 18-cv-08208(VSB)

Hon. Vernon S. Broderick,

I am the petitioner in the above-captioned case, being duly sworn deposes and says:
1. I am seeking a time extension for the Third Amended Complaint to be equivalent to the date of April 20th 2020 (from March 27th, 2020) in which April 20th 2020 is the same date given to me to submit opposition to the large amount of replies I had recently received the week of March 9th, 2020.
2. My reasons for seeking a time extension request is because I am in college at SUNY Broome full time. Reference exhibit A.
3. My second reason is that not only am I overwhelmed by this matter with my schedule of school work for 3 law classes and paralegalism course, but the amount of filings produced from the opposition parties fighting to legitimize their taking my child and keeping my child wrongfully, with fresh allegations that was completely off the topic from the filed complaint in this matter to support their seeking dismissal of my complaint of fraud against them rather than providing proof if they actually could that they did not commit fraud by producing the actual documents that I had described of instead of new allegations that do not support a legal standard from the record to legitimately violate my 14th amendment, 8th amendment, equal protection clause, procedural due process civil rights that I have alleged that the defendant parties and their privy parties have violated in this complaint matter and that I can prove they violated, in a fraud scheme, malicious prosecution scheme, and abuse of the processes using the family court system for their scheme. Additionally they was informed timely on the court record of facts that they chose to continue with a fraudulent misrepresentation case and commit **Honest service fraud** therein exactly as some of the opposition replies have attempted to further to this court, in a falsified presentation of defenses to their "actions" or "lack of".
I can assure you that Little Flower and each party per their new complaints scandalized themselves in their own proveable actions of violations committed in my case that defendants actions caused the deprivation and loss of my civil rights above-mentioned

1

secured in the United States Constitution. Therefore, granting me a time extension will not cause any of the defendants any harm that they have not caused themselves. Wherefore, for the above reasons I am seeking a time extension, and praying that Hon. V. Broderick grants this motion of time extension request.

Dated: 3-13-2020

Respectfully,

*Jessica Wrobleski*

Jessica Wrobleski, Plaintiff - Pro Se
190 Henry Street 1st Floor
Binghamton, N.Y. 13901
(607)-621-0884

Exhibit A : (2) pages
college confirmations



Admissions
P.O. Box 1017 • Binghamton, New York 13902
Voice: (607) 778-5001 Fax: (607) 778-5442

October 16, 2019

Jessica Wrobleski
190 Henry St Fl 1
Binghamton, NY 13901-3002

Dear Jessica:

We would like to congratulate you on your acceptance to SUNY Broome for the Spring 2020 semester in the **Paralegal Certificate** program.

### YOUR FIRST STEP:
- ✓ Please submit all official transcripts from high school and/or college(s).
- ✓ Full decisions cannot be made regarding your admission status until your official transcripts are on file.
- ✓ Contact your High School Guidance Counselor or College Registrar to submit your official transcripts electronically or by mail to:

  SUNY Broome Community College
  P.O. Box 1017
  Binghamton, NY 13902

  Or

  Transcripts@sunybroome.edu

### IMPORTANT NEXT STEPS:
- ✓ Carefully read over the enclosed handouts and **Enrollment Checklist**. There you will find important information about additional items that need to be completed prior to starting classes.

### ACCESSING YOUR ACCOUNT:
- ✓ Here is your personal SUNY Broome ID Number - ▓▓▓▓▓ Keep this number in a safe place. You will need it to register online and to access to your personal records.

On behalf of all of us at SUNY Broome, we look forward to welcoming you to campus or to our online classrooms! Please feel free to contact us at (607) 778-5001 if you have any questions.

Sincerely,

The SUNY Broome Admissions Team

# Concise Student Schedule

Jessica A. Pionteck
Spring Semester 2020
Jan 13, 2020 01:06 pm

Print Page

This page lists the classes for which you are registered for the term. All of the detail information about the class is included.

Information for Jessica A. Wrobleski

| | |
|---|---|
| **Classification:** | Freshman |
| **Level:** | Undergraduate |
| **College:** | Business Professional Studies |
| **Major and Department:** | Paralegal Certificate, Business Programs |
| | Business Professional Studies |

| CRN | Course | Title | Campus | Credits | Level | Start Date | End Date | Days | Time | Location | Instructor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50780 | BUS 118 05 | Business Law I | Main | 3.000 | UG | Jan 27, 2020 | May 19, 2020 | MWF | 12:00 pm - 12:50 pm | Business Building 232 | ■ |
| 50300 | LAW 110 Y01 | Survey of Paralegalism | Distance Learning Online | 3.000 | UG | Jan 27, 2020 | May 19, 2020 | | ONLINE | www.sunybroome.edu/onlinecourse | ■ |
| 53673 | LAW 225 01 | Family Law | Main | 3.000 | UG | Jan 27, 2020 | May 19, 2020 | MWF | 11:00 am - 11:50 am | Business Building 213 | ■ |
| 50307 | LAW 227 01 | Constitutional Law | Main | 3.000 | UG | Jan 27, 2020 | May 19, 2020 | MWF | 10:00 am - 10:50 am | Business Building 213 | ■ |
| | | Total Credits: | | 12.000 | | | | | | | |

**RELEASE: 8.7.1**

© 2020 Ellucian Company L.P. and its affiliates.

https://banner.sunybroome.edu/pls/prod/bwlkcrse.P_FacStuSchd

