

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Jessica Wrobleski
    Plaintiff, Pro Se

 -against-

New York City, David Hansell, David Usdan,
Little Flower CFS, Sheila Johnson, Barbara
Simon, et al    Respondents.

Motion &
Motion of Summary Judgment
No. 18-cv-08208VSB

---

Hon. Vernon Broderick,

I am the plaintiff in the above-captioned case, and I am corresponding to inform you that I did send Exhibits A-Y which was numerous and is evidence that contradicts and proves the case against the defendant parties and their counsel. I sent an exact copy to this court, French & Casey and Corporation Counsel via Fedex 2 days before my deadline of April 20th 2020. Reference Attached Affidavit of Service. I received your order of service dated 4-30-2020 on 5-11-2020, and in that there was no recognition of the exhibits sent within the same box as my third amended complaint and my motion of opposition. In my amended complaint and my motion of opposition I heavily referenced to refer to those Exhibits as proof to the case against the defendants herein and wherever else. It's not possible for all 3 parcels to weigh the 12 lbs and not be the same items inside in this situation where the contents was not accounted for to the order of service 4-30-2020.

I contacted the Pro Se intake unit who said they was looking in to the matter and to call back the next day. I did call back the next day and a different person stated that because of the paper amount and because of the medical and personal information they would not be put on Pacer.gov but that the exhibits would be delivered to the judge's chamber, which is understandable, but I am sending this correspondence to you to verify that you do indeed have the Exhibits A-Y sent with my Third Amended Complaint and Motion of Opposition April 2020.

On the same day I received an email from Suzanne Tobin from French & Casey with an attached dismissal request from Elizabeth Kimundi acknowledging these exhibits that I sent equally to all parties.

I am not only opposing their voting on my case but I am asking that you deny the opposition parties motion to dismiss on the grounds that my amended complaint was approximately 16 pages total including formalities and not in explanations, that was less than 20 pages as stated. My exhibits was linked to support the contents of my amended and my motion of opposition,

and are a separate matter from the page limit of the amended. Also, since their is no defense against my exhibits I am asking that you grant my reliefs sought in complaint and issue summary judgment, judgment on the pleadings that include all the Exhibits A-Y sent with Amended and motion of opposition.

My motion of opposition and supportive evidence exhibits was separate and proved my case if you look at my exhibits and the perjury of the opposition parties statements to the court you'll find in comparison that the French & Casey representatives are trying to conceal their clients illegal activities including perjury to the court of facts in sworn affidavit that Keisha Malphurs knew to be true but gave false statement about to the court. Keisha Malphurs knew them to be true because the attached email correspondences involving her was within Exhibit B along with copies of all my 2019 cooperation she swore I did not do, and the texts and emails between myself and ACS, Little Flower CFS staff that was in chronological order from the time I got out of prison til present and with the compilation of previous.

There is no threat to judicial economy to proceed with my legitimate case that opposition parties are hoping to get away with and get away with criminal conduct linked to a dismissal from yourself in my complaint matter. To dismiss my complaint will give the exact same response from the opposition parties every time I raised valid constitutional complaints against their illegal conduct, that if you dismiss this case they will continue against me worse than before and retaliatory as if justifying their behaviors. There will be no multiple rounds because everything I compiled is thoroughly presented against the parties beyond reasonable doubt, that cannot be misconstrued like they so did in the state court case matter against me. Additionally I am all for a motion of judgment on the pleadings, summary judgment as I felt that I presented a thorough amended, opposition motion, and exhibits, that the facts presented within those meticulously compiled exhibits, and the amended and motion of opposition present a clear case with the law in full support of this plaintiff.

Dismissal of this complaint will show a serious deprecation of the seriousness of the matter and the lack of rule of law that gives no due process and allows City defendants to do as they like when and how they wish.

The Covid-19 pandemic should not be a causation to prevent this plaintiff from receiving the justice she seeks and so I am further requesting that after review of the amended, opposition motion, and exhibits from this plaintiff filed per April 20th 2020 filing date that the opposition parties file their replies and that your honor issues his determination based on whats presented to this case matter as in Motion of Summary Judgment or Judgment on the Pleadings as a remedy to the concerns of opposition parties.

Dated: 5-13-2020

Respectfully,

*Jessica Wrobleski*
Jessica Wrobleski
ProSe, Plaintiff
190 Henry Street 1st floor
Binghamton, NY 13901

# FRENCH & CASEY, LLP
COUNSELORS AT LAW
29 BROADWAY, 27TH FLOOR
NEW YORK, NEW YORK 10006
Office: (212) 797-3544
Facsimile: (212) 797-3545
www.frenchcasey.com

May 11, 2020

**Via ECF**
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Court Room 415
New York, New York 10007

       Re:    Jessica Wrobleski v. Little Flower Children & Family Services, et al.
             Index No.:    18-CV-8208 (VSB)
             Our File Number:6225.1598

Honorable Justice Broderick:

      We represent defendants Little Flower Children and Family Services ("Little Flower"), Barbara Simon, and Sheila Johnson in the foregoing matter. We write on behalf of Little Flower, Simon, and Johnson, jointly with counsel for defendants The City of New York and David Usdan, in response to the Court's April 30, 2020 Order of Service. (DKT # 61).

      The defendants jointly wish to proceed with briefing the motions to dismiss and seek an extension of time to reply to the plaintiff's lengthy opposition, and to address novel arguments asserted by the plaintiff for the first time in her purported opposition to defendants' motions.

      It is the defendants' joint position that proceeding with motions already filed "is a sound approach that promotes judicial economy by obviating the need for multiple rounds of briefing addressing complaints that are legally insufficient." *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303 (2d Cir. 2020).

      Plaintiff's opposition to the motions to dismiss (DKT # 59) exceeds this Court's permitted page limit and annexes voluminous exhibits labeled A through Y. Accordingly, defendants jointly request an extension of time to file their reply motions and permission to submit reply briefs in excess of the ten (10) page limitation, not to exceed twenty (20) pages.

Judge Broderick
May 11, 2020
Page 2

The extension of defendants' response deadline is premised upon the difficulties imposed by the ongoing health crises and the voluminous opposition filed by the plaintiff. Defendants jointly request permission to file their reply briefs by June 25, 2020.

>Respectfully submitted,
>FRENCH & CASEY, LLP
>
>*/s/ Elizabeth Kimundi*
>
>Elizabeth K. Kimundi (EK5555)

EKK:st

cc: <u>Via ECF</u>
  New York City Corporation Counsel,
  Chlarens Orsland, Esq
  *Attorneys for Defendants*
  The City of New York and David Usdan

cc: <u>Via First Class Mail and Electronic Mail</u>
  Jessica Wrobleski
  *Plaintiff, Pro se*
  190 Henry Street, 1st Floor,
  Binghamton, New York 13901
  E-mail: wrobleski0138@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
JESSICA WROBLESKI, :
:
                  Plaintiff, :
:
      - against - :
:
CITY OF NEW YORK, et al., :
:
                  Defendants. :
:
------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/2020

18-CV-8208 (VSB)

**ORDER OF SERVICE**

VERNON S. BRODERICK, United States District Judge:

       Plaintiff is proceeding pro se and in forma pauperis. On January 30, 2020, certain Defendants submitted a letter indicating they intended to move to dismiss Plaintiff's Second Amended Complaint. (Doc. 37.) By Order dated January 31, 2020, I set a briefing schedule for the proposed motion and any amended complaint Plaintiff wished to file pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). (Doc. 37.) Defendants' motion was due by March 6, 2020. Plaintiff was to file any third amended complaint by March 27, 2020, or if she chose not to file an amended complaint, she was to serve her opposition to the motion by April 20, 2020. Defendants' reply, if any, would be due by May 11, 2020.

       Defendants' filed their motions to dismiss and supporting documents on March 5 and 6, 2020. (Docs. 46–54.) On March 19, 2020, Plaintiff filed request for an extension of time to file her amended complaint. (Doc. 57.) On April 23, 2020, Plaintiff filed the Third Amended Complaint, (Doc. 58), along with a "motion of opposition" to Defendants' motions to dismiss, (Doc. 59.)

Accordingly, it is hereby:

ORDERED that Plaintiff's request for an extension of time to file her Third Amended Complaint is GRANTED nunc pro tunc. The Third Amended Complaint filed as Document 58 is accepted as Plaintiff's operative pleading in this matter, replacing any previously filed complaints.

IT IS FURTHER ORDERED that Defendants shall submit a letter by May 11, 2020, informing me whether they wish to proceed with briefing the motions already filed, or whether the pending motions are moot in light of the Third Amended Complaint. *See Pettaway v. Nat'l Recovery Solutions*, 955 F.3d 299 (2d Cir. 2020) ("[W]hen a plaintiff properly amends her complaint after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluation the motion in light of the facts alleged in the amended complaint.")

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated: April 30, 2020
New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge

2

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007

OFFICIAL BUSINESS

Jessica Wrobleski
190 Henry Street
1st Floor
Binghamton, NY 13901

neopost
05/07/2020
US POSTAGE
$00.50⁰
FIRST-CLASS MAIL
ZIP 10007
041L11234175

**Local Civil Rule 56.2. Notice to Pro Se Litigants Opposing Summary Judgment**

Any represented party moving for summary judgment against a party proceeding *pro se* shall serve and file as a separate document, together with the papers in support of the motion, a "Notice To Pro Se Litigant Who Opposes a Motion For Summary Judgment" in the form indicated below. Where the pro se party is not the plaintiff, the movant shall amend the form notice as necessary to reflect that fact.

**NOTICE TO PRO SE LITIGANT WHO OPPOSES A MOTION FOR SUMMARY JUDGMENT**

The defendant in this case has moved for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. This means that the defendant has asked the court to decide this case without a trial, based on written materials, including affidavits, submitted in support of the motion. THE CLAIMS YOU ASSERT IN YOUR COMPLAINT MAY BE DISMISSED WITHOUT A TRIAL IF YOU DO NOT RESPOND TO THIS MOTION by filing sworn affidavits and other papers as required by Rule 56(e) of the Federal Rules of Civil Procedure and by Local Civil Rule 56.1. An affidavit is a sworn statement of fact based on personal knowledge that would be admissible in evidence at trial. The full text of Rule 56 of the Federal Rules of Civil Procedure and of Local Civil Rule 56.1 is attached.

In short, Rule 56 provides that you may NOT oppose summary judgment simply by relying upon the allegations in your complaint. Rather, you must submit evidence, such as witness statements or documents, countering the facts asserted by the defendant and raising material issues of fact for trial. Any witness statements must be in the form of affidavits. You may submit your own affidavit and/or the affidavits of others. You may submit affidavits that were prepared specifically in response to defendant's motion for summary judgment.

If you do not respond to the motion for summary judgment on time with affidavits or documentary evidence contradicting the material facts asserted by the defendant, the court may accept defendant's factual assertions as true. Judgment may then be entered in defendant's favor without a trial.

If you have any questions, you may direct them to the *Pro Se* Office.

*Rev. 05/2007*



```
Address:          3951 VESTAL PKWY E
                  VESTAL
                  NY 13850
Location:         BGMK
Device ID:        -BTC02
Transaction:      940261948895
```

---

**FedEx Ground**
```
392012298269     12.90 lb (S)        16.25
       Declared Value    300
Recipient Address:
     FRENCH AND CASEY LLP
     ELIZABETH KIMUNDI
     29 BROADWAY
     New York, NY 10006
     0000000000
```

Scheduled Delivery Date 04/21/2020

Pricing option:
    STANDARD RATE

Package Information:
    Your Packaging
    13 x 9 x 3

---

**FedEx Ground**
```
392012323046     12.05 lb (S)        16.25
       Declared Value    300
Recipient Address:
     US DISTRICT COURT
     SDNY PROSE INTAKE
     500 PEARL ST
     New York, NY 10007
     0000000000
```

Scheduled Delivery Date 04/21/2020

Pricing option:
    STANDARD RATE

Package Information:
    Your Packaging
    13 x 9 x 11

```
FedEx Ground
 392012344169    12.75 lb (S)         16.25
    Declared Value   300
Recipient Address:
   CORPORATION COUNSEL
   CHLARENS ORSLAND
   100 CHURCH ST
   New York, NY 10007
   0000000000

Scheduled Delivery Date 04/21/2020

Pricing option:
   STANDARD RATE

Package Information:
   Your Packaging
   13 x 9 x 11

         Shipment subtotal:       $48.75

                Total Due:        $48.75

                     Cash:        $49.00

                Change Due:        $0.25


         M = Weight entered manually
         S = Weight read from scale
         T = Taxable item

Terms and Conditions apply. See
fedex.com/us/service-guide for details.


              Visit us at: fedex.com
              Or call 1.800.GoFedEx
                 1.800.463.3339

            Apr 18, 2020 12:41:18 PM


       ********** WE LISTEN **********
            Tell us how we're doing
     & receive a discount on your next order!
         fedex.com/welisten or 800-398-0242
              Redemption Code: _____

                    *** Thank you ***
```

Case 1:18-cv-08208-VSB

## United States District Court
## Southern District of New York

Jessica Wrobleski,
       Plaintiff, Pro Se              18-cv-08208-VSB

    -against-                    **Affirmation of Service**

Little Flower Children and Family Services,
Sheila Johnson, Barbara Simon, New York City,
A.C.S. Commissioner David Hansell, David Usdan
Respondents.

I, Jessica Wrobleski, declare under penalty of perjury, that on the 18th day of April, 2020, I serviced the following documents:

**Third Amended Complaint, Motion of Opposition, Exhibits A to Y,** and sent them through FedEx mailing service to the following parties (whom are known to me as the case parties assigned or hired counsel representatives):

| U.S. District Court | Corporation Counsel | French & Casey LLP |
|---|---|---|
| Southern District of N. Y. | Chlarens Orsland | Elizabeth kimundi |
| 500 Pearl Street | 100 Church Street | 29 Broadway |
| New York, N.Y. 10007 | New York, N.Y. 10007 | New York, N.Y. 10006 |

Respectfully,

Jessica Wrobleski
**Jessica Wrobleski, Pro Se**



Jessica Wrobleski
40 Henry St. 1st fl.
Binghamton, N.Y. 13901

RECEIVED
MAY 21 2020
PRO SE OFFICE

U.S. District Court
S.D.N.Y.
Pro Se intake
500 Pearl St.
New York, N.Y. 10007