UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JESSICA WROBLESKI,

                        Plaintiff,

       -against-                                       18 **CIVIL** 8208 (VSB)

## **JUDGMENT**

CITY OF NEW YORK, et al.,

                        Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 24, 2021, just like the court in Wrobleski I, the Court empathizes with the Plaintiff's pain over the loss of custody of her child. However, there is nothing that any judge of this Court can do to provide Plaintiff with the relief she seeks. For the foregoing reasons, the motions to dismiss are GRANTED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith; therefore, in forma pauperis status is denied for purposes of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962).; accordingly, the case is closed.

**Dated:**  New York, New York

      September 27, 2021

                                                                       **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                                                **BY:** *K. Mango*

                                                                       **Deputy Clerk**